To: CHRISTOPHER A. PRINE, CLERK OF                                    July 21, 2025
    The FIFTEENTH COURT OF APPEAL
    P.O. Box 12852
    AUSTIN, TEXAS  78711


RE:  BRICKLEY v. MITCHELL: Court of Appeals NO: 15-25-00063-CV;  Trial Court Case NO: DC-24-55952,  APPELLANT'S BRIEF

Dear Sir,
    I am sending an extra copy of the following documents for case listed above on APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF dated  July 21, 2025 to be filed stamped and returned in the postage paid envelope to the address listed below.



Respectfully,
Agent for
James Brickley
#2289486
3201 FM 929
Gatesville, Texas  76597

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 0 1 2025

CHRISTOPHER A. PRINE
CLERK

July 21, 2025

TO: THE CLERK OF COURT
FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TEXAS 78711



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 0 1 2025

CHRISTOPHER A. PRINE
CLERK

RE: Brickley v. Mitchell, No.15-25-00063-CV  In the Court of Appeals for the Fifteenth Judicial District. Austin Tx; Cause No. DC-24-55952 In the 440th Judicial District, Coryell County, Texas

Dear Sir or Madaam,

Good morning. Please accept these documents for filing in the above mentioned case and prepare them for presentment to the Court for consideration. Thank you and have a beautiful day.

Sincerly,

21 July 2025

JAMES BRICKLEY
Appellant pro se
3201 FM 929
Gatesville, Texas 76597

CERTIFIED MAIL

JULIA RO[...]
335 J[...]
CAM[...]

7021 0950 0000 2078 9808

Retail

U.S. POSTAGE PAID
FCM LG ENV
CAMPTI, LA 71411
JUL 28, 2025

UNITED STATES
POSTAL SERVICE

78711

$14.14

RDC 99

S2324P500108-7

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 01 2025

CHRISTOPHER A. ▢▢▢▢
CLERK



Clerk of the
15ᵗʰ Court of Appeals
P.O. Box 12852
Austin, Texas 78711

CERTIFIED MAIL®

7021 0950 0000 2078 9822

JULIA RODGERS-BLACKMON
335 JIM BELL ROAD
CAMPTI, LA 71411

Jacob Pons
Asst. Attorney General
Law Enforcement Defense Div.
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacob Pons
Asst. Attorney General
Law Enforcement Defense Div.
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Tx 78711

9590 9402 8954 4064 6210 61

2. Article Number (Transfer from service label)

7021 0950 0000 2078 9822

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ___ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

To: CHRISTOPHER A. PRINE, CLERK OF                      July 21, 2025
     The FIFTEENTH COURT OF APPEAL
     P.O. Box 12852
     AUSTIN, TEXAS  78711


RE:  BRICKLEY v. MITCHELL: Court of Appeals NO: 15-25-00063-CV;  Trial Court Case NO:
DC-24-55952,  APPELLANT'S BRIEF

Dear Sir,
     I am sending an extra copy of the following documents for case listed above on
APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF dated  July 21, 2025 to be
filed stamped and returned in the postage paid envelope to the address listed below.



Respectfully,
Agent for
James Brickley
#2289486
3201 FM 929
Gatesville, Texas  76597